THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RUBEN HERNANDEZ, ) | |
| ) | Civil Action |
| Plaintiff, ) | No. 1:18-cv-5373-MHC |
| v. ) | |
| ) | |
| RJR VIRTUAL SECURITY SERVICES, ) | |
| and ROBERT WATSON, JR.., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ruben Hernandez and Defendants RJR Virtual Security Services and Robert Watson, JR., by and through the undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. The parties further stipulate that neither party will be deemed the prevailing party, and each will bear its own attorneys' fees, expenses, and costs.

Respectfully submitted the 9th day of May 2019.

**[Signatures on Following Page]**

/s/ V. Severin Roberts  
V. Severin Roberts  
Georgia Bar No. 940504  
Barrett & Farahany  
1100 Peachtree Street NE, Ste. 500  
Atlanta, GA 30309  
Phone: 404-214-0120  

severin@justiceatwork.com  
*Attorney for Plaintiff*

/s/ Lovita T. Tandy  
Lovita T. Tandy  
Georgia Bar No. 697242  
Tandy Legal  
4480 South Cobb Drive, Ste. H-315  
Smyrna, GA  30080  
Phone:  770-274-6179  

lovita@tandylegal.com  

 *Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RUBEN HERNANDEZ, )<br>)<br>  Plaintiff, )<br>v. )<br>)<br>RJR VIRTUAL SECURITY SERVICES, )<br>and ROBERT WATSON, JR.., )<br>)<br>  Defendants. ) | Civil Action<br>No. 1:18-cv-5373-MHC<br><br><br>JURY TRIAL DEMANDED |

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing *JOINT STIPULATION OF DISMISSAL WITH PREJUDICE* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 9th day of May 2019.

/s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504